IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

2008 OCT 14 AM 9:37

NELSON PEREZ,                    )
                                 )
          Petitioner,            )
                                 )
     v.                          )          CV 308-060
                                 )
WALT WELLS, Warden,              )
                                 )
          Respondent.            )
                      _____

**O R D E R**
                      _____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, the petition filed pursuant to 28 U.S.C. § 2241 is **DENIED**, and this

civil action is **CLOSED**.

SO ORDERED this 14th day of October, 2008, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE